UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOE PERCIVAL,<br><br>          Plaintiff,<br><br>   v.<br><br>S. KERNAN, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00297-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. Plaintiff has filed an application to proceed *in forma pauperis* (Doc. 2); however, the application is not complete and is not specific to incarcerated litigants. Accordingly, the Court DIRECTS Plaintiff, **within 45 days** of the date of service of this order, to submit the attached prisoner application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. **No requests for an extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 9, 2020**                          /s/ *Sheila K. Oberto*      
                                                            UNITED STATES MAGISTRATE JUDGE