UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOE PERCIVAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. KERNAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00297-SKO (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY SANTA CRUZ COUNTY MAIN JAIL<br><br>(Docs. 2, 6) |

Plaintiff Larry Joe Percival has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 2, 6.) Plaintiff has made the showing required by section 1915(a) and the Court will grant his request. Notwithstanding his *in forma pauperis* status, Plaintiff is obligated to pay the statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1).

Accordingly, the Court ORDERS:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. 6) is GRANTED;

2. **The Santa Cruz County Sheriff or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly**

**identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application (Doc. 6) on the Sheriff of Santa Cruz County or his designee at Santa Cruz County Main Jail via the United States Postal Service.
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.
5. Within 60 days of the date of service of this order, Plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated: **April 9, 2020**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE